# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0064

VERSUS

DAMION KATRAIEL WILLIAMS

**FEBRUARY 24, 2025**

---

In Re:    Damion Katraiel Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-13-0994.

---

**BEFORE:    McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

   **WRIT DENIED AS PREMATURE.** The record of the Clerk of Court of East Baton Rouge Parish does not reflect that the district court has acted on relator's application for postconviction relief.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT